# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA<br>V.<br><br>THOMAS CLAYTON | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR 03-3054-1-MWB<br>USM Number: 02685-029<br><br>**Bradley Hansen**<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

■ admitted guilt to violation(s)  **1, 2a-b, 3, 4a-d, 5a-e, 6, 7, 8, 9a-b, 10a-f, and 11**  of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 5a-e | Use of Controlled Substance | November 14, 2014 |
| 2a-b | Failure to Submit Monthly Report Forms | October, 2014 |
| 3, 10a-f | Failure to Comply with Substance Testing/Treatment | January 7, 2015 |
| 4a-d | Failure to Truthfully Answer Inquiries and Follow Instructions | November 12, 2014 |
| 6, 7 | Failure to Notify Change of Employment | November 12, 2014 |
| 8 | Failure to Maintain Employment | January 2, 2015 |
| 9a-b | Failure to Report to USPO | January 12, 2015 |
| 11 | Travel Without USPO Approval | June 25, 2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____ .

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 14, 2015
Date of Imposition of Judgment

_/s/ Mark W. Bennett_
Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

7.15.15
Date

DEFENDANT: THOMAS CLAYTON
CASE NUMBER: CR 03-3054-1-MWB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **24 months.**

■ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be designated to a Bureau of Prisons facility as close to the defendant's wife in Colorado as possible, commensurate with the defendant's security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **THOMAS CLAYTON**
CASE NUMBER: **CR 03-3054-1-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release shall be reimposed.**